1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  James P. Wagoner, #58553
     *jim.wagoner@mccormickbarstow.com*
3  Kevin D. Hansen, #119831
     *kevin.hansen@mccormickbarstow.com*
4  7647 North Fresno Street
   Fresno, California 93720
5  Telephone:    (559) 433-1300
   Facsimile:    (559) 433-2300
6
   Attorneys for Defendant AIG PROPERTY
7  CASUALTY COMPANY

8
                   UNITED STATES DISTRICT COURT
9
           CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
10

11
   JACK RAPKE,                          Case No.
12
              Plaintiff,                **DEFENDANT AIG PROPERTY**
13                                       **CASUALTY COMPANY'S NOTICE OF**
        v.                               **REMOVAL**
14
   AIG PROPERTY CASUALTY COMPANY,
15 and DOES 1 to 10, inclusive,

16            Defendant.

17

18      **TO THE CLERK OF THE UNITED STATES DISTRICT COURT, CENTRAL**

19 **DISTRICT OF CALIFORNIA, TO PLAINTIFF AND PLAINTIFF'S ATTORNEYS OF**

20 **RECORD, AND TO OTHER DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

21      PLEASE TAKE NOTICE THAT pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant

22 AIG PROPERTY CASUALTY COMPANY ("AIG Property") hereby removes the action styled

23 *Jack Rapke v. AIG Property Casualty Company*, and Does 1 to 10, inclusive, filed in the Superior

24 Court of the State of California, County of Los Angeles, 21SMCV01556 (the "Action") to the

25 United States District Court, Central District of California. As grounds for this removal, AIG

26 Property states the following:

27 ///

28 ///

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

1
DEFENDANT AIG PROPERTY CASUALTY COMPANY'S NOTICE OF REMOVAL

## I.      BACKGROUND

**A.      Plaintiff's Complaint**

1.      On September 23, 2021, Plaintiff JACK RAPKE ("Plaintiff") filed his complaint ("the Complaint") against AIG Property in the Action. A copy of the Complaint is attached herewith as Exhibit "A".

2.      On May 31, 2022, Plaintiff served the Complaint on AIG Property. *See* Exhibit "B".

3.      Plaintiff alleges that on or about August 11, 2020, the Plaintiff's insured property was damaged in connection with water leakage and a landslide. Plaintiff allegedly submitted notice of this damage to his insurer, AIG Property, on September 16, 2020. Plaintiff contends the water leakage and landslide was the result of damage to a water main pipeline.

4.      Plaintiff further alleges in the Complaint that on or about October 29, 2020, AIG Property wrongfully denied coverage for the claimed damage "without any evidence regarding the cause of the Loss." Plaintiff alleges "AIG failed to consider the pipeline leak constituted 'physical damage (the rupture or leak) to a 'permanent structure' (the pipeline)" and that this was thus an "unsupported and unreasonable declination of coverage."

5.      In the Complaint, Plaintiff asserts claims for (1) Declaratory Relief (Insurance), (2) Breach of Insurance Contract, and (3) Breach of the Implied Covenant of Good Faith and Fair Dealing.  With respect to the first cause of auction, the Complaint prays for a judicial declaration that AIG Property was and is obligated to provide benefits for the Loss to repair the water pipeline and the resulting damage. With respects to the second and third causes of action, Plaintiff seeks damages for emotional distress, past and future economic damages and *Brandt* attorneys' fees. With respect to the third cause of action, Plaintiff also seeks punitive damages pursuant to Cal. Civil Code § 3294.

**B.      Removal Jurisdiction**

6.      The Action is one of which the district courts of the United States have original jurisdiction on the basis of diversity of citizenship under the provision of 28 U.S.C. § 1332(a)(1). The action is subject to removal to this court by Defendant AIG Property pursuant to the provisions of 28 U.S.C. §§ 1332, 1441(a) and 1446 in that it is a civil action between citizens of different States

1   in which the amount in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000),

2   exclusive of interest and costs, and is being "filed within 30 days after the receipt by the defendant,

3   through service or otherwise, of a copy of the initial pleading setting forth the claims for relief upon

4   which such action or proceeding is based."

5   **C.      Citizenship**

6          7.      Plaintiff Jack Rapke was and is at all times herein mentioned a resident of California.

7          8.      For diversity purposes, "a corporation shall be deemed to be a citizen of any State by

8   which it has been incorporated and of the State where it has its principal place of business*." Hertz*

9   *Corp v. Friend*, 559 U.S. 77, 92-93 (2010). As of the date of the filing of this Notice of Removal,

10  Defendant is a corporation incorporated under the laws of the State of Illinois with its principal place

11  of business in the State of New York.

12  **D.      The Amount in Controversy**

13         9.      This civil action is being removed to this Court on the basis that it is a civil action

14  between citizens of different states and the amount in controversy exceeds the sum of $75,000,

15  exclusive of interests and costs.

16         10.     AIG Property Casualty Company denies that it is liable for any of damages alleged

17  by Plaintiff. Nevertheless, based on the foregoing and including Plaintiff's request for emotional

18  distress, economic damages, attorneys fees and punitive damages, it is clear that Plaintiff seeks an

19  amount in excess of the jurisdictional minimum amount in controversy.

20  **E.      Timeliness of the Removal Petition**

21         11.     On May 31, 2022, Plaintiff served the Complaint on Defendant AIG Property.

22         12.     This Notice of Removal is filed within 30 days of May 31, 2022, when Plaintiff's

23  Summons and Complaint was served on Defendants AIG Property within the meaning of 28 U.S.C.

24  § 1446(b)(1).

25  **F.      Initial Venue**

26         13.     Venue is proper in the United States District Court, Central District of California,

27  because the action was filed in the Superior Court of the State of California, County of Los Angeles.

28  *See*, 28 U.S.C. §§ 1441(a), 1446(a).

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

3

DEFENDANT AIG PROPERTY CASUALTY COMPANY'S NOTICE OF REMOVAL

**G.**      **Pleadings**

14.      In accordance with 28 U.S.C. § 1446(a), true and correct copies of all pleadings and other documents that were previously filed in the action in the Superior Court of California, County of Los Angeles are being filed with this notice of removal as Exhibits "A-J".

**H.**      **Notice**

15.      Notice has been filed contemporaneously with the Clerk of the Superior Court of California, County of Los Angeles, providing Plaintiffs notice of the filing of this Notice of Removal pursuant to 28 U.S.C. § 1446(d).  (*See,* Exhibit "K".)

**II.**      **CONCLUSION**

Wherefore, AIG Property prays that this action be removed to the United States District Court, Central District of California, from the Superior Court of the State of California, County of Los Angeles.


Dated:  June 30, 2022                                   McCORMICK, BARSTOW, SHEPPARD,
                                                                        WAYTE & CARRUTH LLP


                                                By:_____
                                                              /s/ James P. Wagoner
                                                            James P. Wagoner
                                                            Kevin D. Hansen
                                                Attorneys for Defendant AIG Property Casualty
                                                                        Company

8490910.1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

4

DEFENDANT AIG PROPERTY CASUALTY COMPANY'S NOTICE OF REMOVAL